UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

**FILED**
VANESSA L. ARMSTRONG, CLERK
NOV 03 2011
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY
4:11-CV-135-M

Caucasian Bureau Investigation
George "Kevin" Quinn
"Jadon" Robert Quinn
_name of plaintiff(s)_

v.

Civil Case No. _____

"The People"
United States of America
Jay Wethington, F.B.I., President Obama, Claude Porter
_name of defendant(s)_  Owensboro Police Department
Daviess County Sheriff's Office
Joseph H. Mckinley Jr.

**COMPLAINT**

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   Anyone associated with the United States of America. My business Caucasion Bureau Investigation and family and also I have been raped by military men and state officals. We have been kidnapped several times. We have several constitutional rights that were denied. The bible's persecution of its saints isn't half as gruesome of the torture that me and my people and family have endured at the hands of the defendants.

2. Plaintiff, _____ resides at _____, _____, _____, _____
   street address             city            county         state          zip code        area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

   The People of The United States Of America
   Jay Wethington - Morton Holbrook Judicial Center
   F.B.I -
   President Obama    - White House

3. Defendant,_____lives at, or its business is located at_____,
                                 street address

   _____, _____, _____,
   city                              county                            state

   _____.
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   Claude Porter
   O.P.D-
   D.C.S.O
   Joseph H. McKinley Jr.

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   ① I've been jailed by O.P.D for conspiring with individual who stole my car and swore affidavit on me. They refused to allow me to file a report for my stolen car. Found to have located wherabouts of my car and refused to tell me.
   ② All defendants refuse to help investigate me being raped as a child and adult. By the way I've been declared mentally Ill in a court of law because I was kidnapped by O.P.D officer Jamie Crowe.
   ③ My son has been kidnapped twice by D.C.B.S and Judges David Payne, Lisa Jones, and still is. I think my son has a right to know the truth as we have been apart with no contact for roughly the last four due to hate crimes against me. Why? Because clearly I'am the greatest, compassionate and forgiving civil rights leader to walk the earth or ever will!

5. Prayers for Relief (list what you want the Court to do):

a. Alert Barack OBama that I've tried to contact him for years about my son being

b. Kidnapped and being jailed for campaigning for him Keith Cain has pleas of help I wrote the Presid

c. To execute a untainted investigation into the abuse and abduction of my son Jadon. Which was ordered by Joe Eastlin;

d. The deed to the state of Alaska and Give me the release of Charley Manson to my custody and CBI

(E) Dismiss Judge David Payne, Lisa Jones, Nick Burlew from Bench

6. Request for a Jury Trial  ✓ yes ___ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _____ day of _____, 19 ___.

Kevin Quinn
Caucasian Bureau Investigati
(signature of plaintiff(s))